UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re: | Chapter 13

    Evelyne Apollon | Bankruptcy No.19-17965-JKF

        Debtor |

## CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing

*Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the

above-referenced case has been served this 11th day of May, 2020, by first class mail upon those

listed below:

Evelyne Apollon
2033 Knorr Street
Philadelphia, PA  19149

**Electronically via CM/ECF System Only:**

ERIK B JENSEN ESQ
JENSEN BAGNATO PC
1500 WALNUT ST  SUITE 1920
PHILADELPHIA, PA  19102-3509

*/s/ Deborah A. Earnshaw*
Deborah A. Earnshaw
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee