# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
-------------------------------------------------------x
In re:                                   :
                                         :        Chapter 13
      EVELYNE APOLLON,                   :
                                         :        Bankruptcy No. 19-17965 (AMC)
                           Debtor.       :
-------------------------------------------------------x
```

## PRAECIPE TO WITHDRAW OBJECTION
## TO CONFIRMATION OF THE PLAN

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the Objection to the Confirmation of the Plan (Docket No. 31) filed by the City of Philadelphia on August 19, 2020.

Respectfully submitted,

THE CITY OF PHILADELPHIA

Dated: August 26, 2020        By:    */s/ Joshua Domer*
                                     JOSHUA DOMER
                                     Assistant City Solicitor
                                     PA Attorney I.D. 319190
                                     Attorney for the City of Philadelphia
                                          and/or
                                     Water Revenue Bureau
                                     City of Philadelphia Law Department
                                     Municipal Services Building
                                     1401 JFK Boulevard, 5th Floor
                                     Philadelphia, PA 19102-1595
                                     215-686-0519 (phone)
                                     Email: Joshua.Domer@phila.gov