**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

**IN RE: Evelyne Apollon**

                              **Chapter: 13
Bky. No. 19-17965-amc**

      **Debtor(s).**

**NOTICE OF:
APPLICATION OF DEBTOR'S COUNSEL FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

**NOTICE IS GIVEN:**

1. That an application of debtor(s) counsel for approval of counsel fees has been filed by Jensen Bagnato, P.C., 1500 Walnut Street, Suite 1920, Philadelphia PA 19102.

2. That counsel is requesting a total fee in the sum of **$4,000.00**. The debtor prepaid applicant **$0.00** with a remaining balance of **$4,000.00** to be paid in the Chapter 13 Plan.

3. That the aforesaid application is on file with the Clerk, United States Bankruptcy Court, 900 Market St, Suite 400, Philadelphia, PA 19107, and is available there for inspection.

4. That any answer, objection, request for hearing or other responsive pleading to the application must be filed with the Court and served on counsel at the address shown above within 21 days of the date of this notice.

5. That in the absence of any answer or objection, the Court may grant the relief requested.


**Date**  **March 16, 2020**                           /s/Erik B. Jensen
                                                                Erik B. Jensen
                                                                Jensen Bagnato, P.C.
                                                                1500 Walnut Street
                                                                Suite 1920
                                                                Philadelphia, PA 19102

                                                                Telephone: (215) 546-4700
                                                                Attorney(s) for Debtor(s)

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

**IN RE: Evelyne Apollon**

                          **Chapter: 13**
                          **Bky. No. 19-17965-amc**

      **Debtor(s).**

**O R D E R**

**AND NOW**, upon consideration of the Application for Compensation ("the Application") filed by the Debtor(s)' counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of **$4,000.00.**

3. The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed compensation set forth in ¶2  less **$0.00** which was paid by the Debtor(s) prepetition, to the extent such distribution is authorized under the terms of the confirmed chapter 13 plan.

Date:  **March 16, 2020**　　　　　　　　　　　　　　　　　　　_____
                                                                         **HONORABLE ASHELY M. CHAN**
                                                                           **U.S. BANKRUPTCY JUDGE**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

**IN RE: Evelyne Apollon**

                                **Chapter: 13**
                                **Bky. No. 19-17965-amc**

      **Debtor(s).**

**CERTIFICATE OF SERVICE**

      I, Erik B. Jensen, Attorney for Debtor, hereby certify that service upon all interested parties, indicated below, was made by sending true and correct copies of the Application of Debtor's Counsel for Compensation and Reimbursement electronically and/or first class mail and/or facsimile on **March 16, 2020**

Scott Waterman, Esquire
Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

**Date:**   **March 16, 2020**                          /s/Erik B. Jensen
                                                              Erik B. Jensen
                                                              Jensen Bagnato, P.C.
                                                              1500 Walnut Street
                                                              Suite 1920
                                                              Philadelphia, PA 19102

                                                              Telephone: (215) 546-4700
                                                              Attorney(s) for Debtor(s)