United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 19-17965-amc |
|---|---|
| Evelyne Apollon | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jan 13, 2021 | Form ID: 155 | Total Noticed: 28 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 15, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Evelyne Apollon, 2033 Knorr Street, Philadelphia, PA 19149-2325 |
| 14466596 | + | Citizens Bank of PA, c/oMcCabe, Weisberg & Conway, LLC, Suite 1400, 123 South Broad Street, Philadelphia, PA 19109-1060 |
| 14466907 | + | Citizens Bank of PA, c/o Ann E. Swartz, 123 South Broad Street, Suite 1400, Philadelphia, PA 19109-1060 |
| 14450905 | + | Citizens Bank of PA, c/o Citizens Bank, N.A., f/k/a RBS Citizens Bank, N.A., 10561 Telegraph Rd., Glen Allen, VA 23059-4577 |
| 14444122 | + | Equiant/Thousand Trails, Attn: Bankruptcy, 5401 N Pima Rd, Ste 150, Scottsdale, AZ 85250-2630 |
| 14478630 | + | Lakeview Loan Servicing LLC, M&T Bank, PO BOX 840, Buffalo, NY 14240-0840 |
| 14450160 | + | Lakeview Loan Srving LLC, c/o Rebecca A Solarz, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14444125 | | Nissan Motor Acceptance, Attn: Bankruptcy, Po Box 660366, Dallas, TX 75266-0366 |
| 14444128 | + | Target, Attn: Bankruptcy, Po Box 9475, Minneapolis, MN 55440-9475 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14444116 | Email/Text: MortgageBKSupport@citizensbank.com | Jan 14 2021 03:12:00 | CCO Mortgage Corp., Attn: Bankruptcy, 10561 Telegraph Rd, Glen Allen, VA 23059 |
| 14511062 | Email/Text: megan.harper@phila.gov | Jan 14 2021 03:12:00 | City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14503312 | Email/Text: megan.harper@phila.gov | Jan 14 2021 03:12:00 | Water Revenue Bureau, c/o Pamela Eichert Thurmond, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14444115 | + Email/PDF: AIS.COAF.EBN@Americaninfosource.com | Jan 14 2021 03:19:33 | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14446679 | + Email/PDF: acg.acg.ebn@americaninfosource.com | Jan 14 2021 03:21:20 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14458669 | + Email/PDF: acg.acg.ebn@americaninfosource.com | Jan 14 2021 03:19:32 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14444117 | + Email/Text: bankruptcycollections@citadelbanking.com | Jan 14 2021 03:13:00 | Citadel FCU, Attn: Bankruptcy, 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 14474202 | + Email/Text: bankruptcycollections@citadelbanking.com | Jan 14 2021 03:13:00 | Citadel Federal Credit Union, ATTN: COLLECTIONS, 520 EAGLEVIEW BLVD, EXTON, PA 19341-1119 |
| 14444118 | + Email/Text: bankruptcy_notifications@ccsusa.com | Jan 14 2021 03:13:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 14444121 | Email/Text: mrdiscen@discover.com | Jan 14 2021 03:12:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 14444119 | + Email/Text: electronicbkydocs@nelnet.net | Jan 14 2021 03:12:00 | Department of Education/Nelnet, Attn: Claims, Po |

District/off: 0313-2      User: admin      Page 2 of 3

Date Rcvd: Jan 13, 2021      Form ID: 155      Total Noticed: 28

| | | | | |
|---|---|---|---|---|
| | | | | Box 82505, Lincoln, NE 68501-2505 |
| 14453170 | | Email/Text: mrdiscen@discover.com | Jan 14 2021 03:12:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14471590 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 14 2021 03:12:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14444123 | | Email/Text: camanagement@mtb.com | Jan 14 2021 03:12:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 14444124 | + | Email/Text: Bankruptcies@nragroup.com | Jan 14 2021 03:13:00 | National Recovery Agency, Attn: Bankruptcy, Po Box 67015, Harrisburg, PA 17106-7015 |
| 14444126 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 14 2021 03:23:07 | Syncb/car Care Pep B, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14444127 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 14 2021 03:19:31 | Syncb/ccsycc, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14476965 | + | Email/Text: bncmail@w-legal.com | Jan 14 2021 03:12:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14529545 | + | Email/Text: megan.harper@phila.gov | Jan 14 2021 03:12:00 | The City of Philadelphia, c/o Joshua Domer, Esq., City of Philadelphia Law Department, Municipal Services Building, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1617 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14529711 | | City of Phila., Water Revenue Bureau, Law Dept., c/o JOSHUA DOMER, Municipal Services Building, 1401 JFK Boulevard, 5th Fl |
| 14444120 | *+ | Department of Education/Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 13, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANN E. SWARTZ | on behalf of Creditor Citizens Bank of PA ecfmail@mwc-law.com  ecfmail@ecf.courtdrive.com |
| ERIK B. JENSEN | on behalf of Debtor Evelyne Apollon jeffrey@jensenbagnatolaw.com jordan@jensenbagnatolaw.com;jennifer@jensenbagnatolaw.com;lori@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956 |

District/off: 0313-2                          User: admin                                                    Page 3 of 3

Date Rcvd: Jan 13, 2021                      Form ID: 155                                          Total Noticed: 28

@notify.bestcase.com

JEFFREY M. CARBINO

on behalf of Debtor Evelyne Apollon jeffrey@jensenbagnatolaw.com
jeffreycarbino@gmail.com;jennifer@jensenbagnatolaw.com;jordan@jensenbagnatolaw.com

JOSHUA DOMER

on behalf of Creditor CITY OF PHILADELPHIA joshua.domer@phila.gov  karena.blaylock@phila.gov

LAUREN MOYER

on behalf of Creditor Citizens Bank of PA ecfmail@ecf.courtdrive.com

REBECCA ANN SOLARZ

on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
ECFMail@ReadingCh13.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Evelyne Apollon
　　　Debtor(s)　　　　　　　　　　　　　　Chapter: 13

　　　　　　　　　　　　　　　　　　Bankruptcy No: 19−17965−amc

_____

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

　　AND NOW, this January 13, 2021 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:


　　A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

　　B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

　　C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

　　　　　　　　　　　　　　　　　Ashely M. Chan
　　　　　　　　　　　　　　　　　Judge ,
　　　　　　　　　　　　　　　　　United States Bankruptcy Court