United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-17965-amc |
| Evelyne Apollon | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 14, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 16, 2021:**

**Recip ID    Recipient Name and Address**
db            + Evelyne Apollon, 2033 Knorr Street, Philadelphia, PA 19149-2325

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 16, 2021                    Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 14, 2021 at the address(es) listed below:

**Name                Email Address**

ANN E. SWARTZ
                    on behalf of Creditor Citizens Bank of PA ecfmail@mwc-law.com  ecfmail@ecf.courtdrive.com

ERIK B. JENSEN
                    on behalf of Debtor Evelyne Apollon jeffrey@jensenbagnatolaw.com
                    jordan@jensenbagnatolaw.com;jennifer@jensenbagnatolaw.com;lori@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com

JEFFREY M. CARBINO
                    on behalf of Debtor Evelyne Apollon jeffrey@jensenbagnatolaw.com
                    jeffreycarbino@gmail.com;jennifer@jensenbagnatolaw.com;jordan@jensenbagnatolaw.com

JOSHUA DOMER
                    on behalf of Creditor CITY OF PHILADELPHIA joshua.domer@phila.gov  karena.blaylock@phila.gov

LAUREN MOYER
                    on behalf of Creditor Citizens Bank of PA ecfmail@ecf.courtdrive.com

District/off: 0313-2 User: admin Page 2 of 2
Date Rcvd: Jan 14, 2021 Form ID: pdf900 Total Noticed: 1

REBECCA ANN SOLARZ
    on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Evelyne Apollon

                                               Chapter: 13
                                               Bky. No. 19-17965-amc

         **Debtor(s).**

**NOTICE OF:
APPLICATION OF DEBTOR'S COUNSEL FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

**NOTICE IS GIVEN:**

1. That an application of debtor(s) counsel for approval of counsel fees has been filed by Jensen Bagnato, P.C., 1500 Walnut Street, Suite 1920, Philadelphia PA 19102.

2. That counsel is requesting a total fee in the sum of **$4,000.00**. The debtor prepaid applicant **$0.00** with a remaining balance of **$4,000.00** to be paid in the Chapter 13 Plan.

3. That the aforesaid application is on file with the Clerk, United States Bankruptcy Court, 900 Market St, Suite 400, Philadelphia, PA 19107, and is available there for inspection.

4. That any answer, objection, request for hearing or other responsive pleading to the application must be filed with the Court and served on counsel at the address shown above within 21 days of the date of this notice.

5. That in the absence of any answer or objection, the Court may grant the relief requested.

**Date**    **March 16, 2020**                          /s/Erik B. Jensen
                                                                 Erik B. Jensen
                                                                 Jensen Bagnato, P.C.
                                                                 1500 Walnut Street
                                                                 Suite 1920
                                                                 Philadelphia, PA 19102

                                                                 Telephone: (215) 546-4700
                                                                 Attorney(s) for Debtor(s)

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

**IN RE: Evelyne Apollon**

**Chapter: 13**
**Bky. No. 19-17965-amc**

**Debtor(s).**

**O R D E R**

**AND NOW**, upon consideration of the Application for Compensation ("the Application") filed by the Debtor(s)' counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of **$4,000.00.**

3. The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed compensation set forth in ¶2 less **$0.00** which was paid by the Debtor(s) prepetition, to the extent such distribution is authorized under the terms of the confirmed chapter 13 plan.

**Date:  March 16, 2020**                                                       _____
                                                                                                 **HONORABLE ASHELY M. CHAN**
                                                                                                 **U.S. BANKRUPTCY JUDGE**

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Evelyne Apollon

                                                 **Chapter: 13
Bky. No. 19-17965-amc**

      **Debtor(s).**

**CERTIFICATE OF SERVICE**

      I, Erik B. Jensen, Attorney for Debtor, hereby certify that service upon all interested parties, indicated below, was made by sending true and correct copies of the Application of Debtor's Counsel for Compensation and Reimbursement electronically and/or first class mail and/or facsimile on **March 16, 2020**

Scott Waterman, Esquire
Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

Date: **March 16, 2020**                                         /s/Erik B. Jensen
                                                                                Erik B. Jensen
                                                                                  Jensen Bagnato, P.C.
                                                                                  1500 Walnut Street
                                                                                  Suite 1920
                                                                                  Philadelphia, PA 19102

                                                                                  Telephone: (215) 546-4700
                                                                                  Attorney(s) for Debtor(s)