| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
### Chapter 13 Case No. 19-17965-AMC

| | |
|---|---|
| Evelyne Apollon | Petition Filed Date: 12/26/2019 |
| 2033 Knorr Street | 341 Hearing Date: 02/21/2020 |
| Philadelphia  PA    19149 | Confirmation Date: 01/13/2021 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 03/11/2020 | $980.00 | | 04/02/2020 | $490.00 | | 05/04/2020 | $490.00 | |
| 06/02/2020 | $490.00 | | 06/30/2020 | $490.00 | | 07/27/2020 | $490.00 | |
| 08/26/2020 | $490.00 | | 09/29/2020 | $435.00 | | 10/28/2020 | $435.00 | |
| 12/01/2020 | $435.00 | | 12/29/2020 | $435.00 | | 01/28/2021 | $435.00 | |
| 03/01/2021 | $435.00 | | 03/29/2021 | $435.00 | | | | |

Total Receipts for the Period: $6,965.00    Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $6,965.00

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Evelyne Apollon | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 1 | NISSAN MOTOR ACCEPTANCE CORPORATION »» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | RBS CITIZENS NA »» 002 | Secured Creditors | $13,374.95 | $1,541.06 | $11,833.89 |
| 3 | DISCOVER BANK »» 003 | Unsecured Creditors | $1,964.41 | $0.00 | $1,964.41 |
| 4 | CAPITAL ONE AUTO FINANCE »» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | JEFFERSON CAPITAL SYSTEMS LLC »» 005 | Unsecured Creditors | $330.06 | $0.00 | $330.06 |
| 6 | JEFFERSON CAPITAL SYSTEMS LLC »» 006 | Unsecured Creditors | $984.05 | $0.00 | $984.05 |
| 7 | CITADEL FEDERAL CREDIT UNION »» 007 | Secured Creditors | $810.96 | $93.44 | $717.52 |
| 8 | TD BANK USA NA »» 008 | Unsecured Creditors | $1,479.28 | $0.00 | $1,479.28 |
| 9 | M&T BANK »» 009 | Mortgage Arrears | $225.09 | $19.71 | $205.38 |
| 10 | CITY OF PHILADELPHIA (LD) »» 010 | Secured Creditors | $222.49 | $19.48 | $203.01 |
| 11 | CITY OF PHILADELPHIA (LD) »» 11P | Priority Crediors | $673.48 | $673.48 | $0.00 |
| 12 | CITY OF PHILADELPHIA (LD) »» 11U | Unsecured Creditors | $283.79 | $0.00 | $283.79 |
| 0 | ERIK B JENSEN ESQ | Attorney Fees | $4,000.00 | $4,000.00 | $0.00 |

**Chapter 13 Case No. 19-17965-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $6,965.00 | Current Monthly Payment: | $454.00 |
| Paid to Claims: | $6,347.17 | Arrearages: | $530.00 |
| Paid to Trustee: | $605.46 | Total Plan Base: | $27,017.00 |
| Funds on Hand: | $12.37 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.