United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-17965-amc |
| Evelyne Apollon | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jun 08, 2022 | Form ID: pdf900 | Total Noticed: 31 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Evelyne Apollon, 2033 Knorr Street, Philadelphia, PA 19149-2325 |
| 14444116 | ++ | CCO MORTGAGE CORP, 10561 TELEGRAPH RD, GLEN ALLEN VA 23059-4577 address filed with court:, CCO Mortgage Corp., Attn: Bankruptcy, 10561 Telegraph Rd, Glen Allen, VA 23059 |
| 14466596 | + | Citizens Bank of PA, c/oMcCabe, Weisberg & Conway, LLC, Suite 1400, 123 South Broad Street, Philadelphia, PA 19109-1060 |
| 14466907 | + | Citizens Bank of PA, c/o Ann E. Swartz, 123 South Broad Street, Suite 1400, Philadelphia, PA 19109-1060 |
| 14450905 | + | Citizens Bank of PA, c/o Citizens Bank, N.A., f/k/a RBS Citizens Bank, N.A., 10561 Telegraph Rd., Glen Allen, VA 23059-4577 |
| 14444122 | + | Equiant/Thousand Trails, Attn: Bankruptcy, 5401 N Pima Rd, Ste 150, Scottsdale, AZ 85250-2630 |
| 14450160 | + | Lakeview Loan Srving LLC, c/o Rebecca A Solarz, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Jun 09 2022 00:07:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 09 2022 00:06:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | Email/Text: megan.harper@phila.gov | Jun 09 2022 00:07:00 | CITY OF PHILADELPHIA, Tax & Revenue Unit, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Major Tax Litigation Division, Philadelphia, PA 19102-1595 |
| 14511062 | Email/Text: megan.harper@phila.gov | Jun 09 2022 00:07:00 | City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14503312 | Email/Text: megan.harper@phila.gov | Jun 09 2022 00:07:00 | Water Revenue Bureau, c/o Pamela Eichert Thurmond, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14444115 | + Email/PDF: acg.coaf.ebn@aisinfo.com | Jun 09 2022 00:13:41 | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14446679 | + Email/PDF: acg.acg.ebn@aisinfo.com | Jun 09 2022 00:13:47 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14458669 | + Email/PDF: acg.acg.ebn@aisinfo.com | Jun 09 2022 00:13:41 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14444117 | + Email/Text: bankruptcycollections@citadelbanking.com | Jun 09 2022 00:07:00 | Citadel FCU, Attn: Bankruptcy, 520 Eagleview Blvd, Exton, PA 19341-1119 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14474202 | + | Email/Text: bankruptcycollections@citadelbanking.com | Jun 09 2022 00:07:00 | Citadel Federal Credit Union, ATTN: COLLECTIONS, 520 EAGLEVIEW BLVD, EXTON, PA 19341-1119 |
| 14450905 | ^ | MEBN | Jun 09 2022 00:06:35 | Citizens Bank of PA, c/o Citizens Bank, N.A., f/k/a RBS Citizens Bank, N.A., 10561 Telegraph Rd., Glen Allen, VA 23059-4577 |
| 14444118 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jun 09 2022 00:07:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 14444121 | | Email/Text: mrdiscen@discover.com | Jun 09 2022 00:06:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 14444119 | + | Email/Text: electronicbkydocs@nelnet.net | Jun 09 2022 00:07:00 | Department of Education/Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 14453170 | | Email/Text: mrdiscen@discover.com | Jun 09 2022 00:06:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14471590 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 09 2022 00:07:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14478630 | ^ | MEBN | Jun 09 2022 00:06:28 | Lakeview Loan Servicing LLC, M&T Bank, PO BOX 840, Buffalo, NY 14240-0840 |
| 14444123 | | Email/Text: camanagement@mtb.com | Jun 09 2022 00:06:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 14444124 | + | Email/Text: Bankruptcies@nragroup.com | Jun 09 2022 00:07:00 | National Recovery Agency, Attn: Bankruptcy, Po Box 67015, Harrisburg, PA 17106-7015 |
| 14444125 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | Jun 09 2022 00:06:00 | Nissan Motor Acceptance, Attn: Bankruptcy, Po Box 660366, Dallas, TX 75266-0366 |
| 14444126 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 09 2022 00:13:44 | Syncb/car Care Pep B, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14444127 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 09 2022 00:13:39 | Syncb/ccsycc, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14476965 | + | Email/Text: bncmail@w-legal.com | Jun 09 2022 00:07:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14444128 | + | Email/Text: bncmail@w-legal.com | Jun 09 2022 00:06:00 | Target, Attn: Bankruptcy, Po Box 9475, Minneapolis, MN 55440-9475 |
| 14529545 | + | Email/Text: megan.harper@phila.gov | Jun 09 2022 00:07:00 | The City of Philadelphia, c/o Joshua Domer, Esq., City of Philadelphia Law Department, Municipal Services Building, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1617 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14529711 | | City of Phila., Water Revenue Bureau, Law Dept., c/o JOSHUA DOMER, Municipal Services Building, 1401 JFK Boulevard, 5th Fl |
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14444120 | *+ | Department of Education/Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

Case 19-17965-amc    Doc 58    Filed 06/10/22    Entered 06/11/22 00:30:04    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0313-2 | User: admin | Page 3 of 3 |
| --- | --- | --- |
| Date Rcvd: Jun 08, 2022 | Form ID: pdf900 | Total Noticed: 31 |

belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2022                                          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2022 at the address(es) listed below:

**Name** — **Email Address**

ERIK B. JENSEN
on behalf of Debtor Evelyne Apollon erik@jensenbagnatolaw.com
jordan@jensenbagnatolaw.com;jennifer@jensenbagnatolaw.com;lori@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com

JEFFREY M. CARBINO
on behalf of Debtor Evelyne Apollon Jeff.Carbino@offitkurman.com
jeffreycarbin@gmail.com;jennifer@jensenbagnatolaw.com;jordan@jensenbagnatolaw.com

JOSHUA DOMER
on behalf of Creditor CITY OF PHILADELPHIA joshua.domer@phila.gov Edelyne.Jean-Baptiste@Phila.gov

MARISA MYERS COHEN
on behalf of Creditor Citizens Bank of PA ecfmail@mwc-law.com mcohen@mwc-law.com

REBECCA ANN SOLARZ
on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:

    Evelyne Apollon

                Debtor

Chapter 13

Bankruptcy No. 19-17965-AMC

### ORDER DISMISSING CHAPTER 13 CASE

    AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

    IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

    IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: June 8, 2022**

ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE