| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 19-17965-AMC**

Evelyne Apollon  
2033 Knorr Street  
Philadelphia  PA    19149

Petition Filed Date: 12/26/2019  
341 Hearing Date: 02/21/2020  
Confirmation Date: 01/13/2021

Case Status: Dismissed After Confirmation on 6/ 8/2022

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 06/30/2021 | $35.00 | | 07/01/2021 | $400.00 | | 08/05/2021 | $435.00 | |
| 09/08/2021 | $454.00 | | 10/25/2021 | $454.00 | | 11/30/2021 | $454.00 | |
| 02/24/2022 | $1,000.00 | | 03/23/2022 | $454.00 | | | | |

**Total Receipts for the Period: $3,686.00    Amount Refunded to Debtor Since Filing:  $0.00  Total Receipts Since Filing: $10,651.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Evelyne Apollon | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 1 | NISSAN MOTOR ACCEPTANCE CORPORATION »» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | RBS CITIZENS NA »» 002 | Secured Creditors | $13,374.95 | $4,616.34 | $8,758.61 |
| 3 | DISCOVER BANK »» 003 | Unsecured Creditors | $1,964.41 | $0.00 | $1,964.41 |
| 4 | CAPITAL ONE AUTO FINANCE »» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | JEFFERSON CAPITAL SYSTEMS LLC »» 005 | Unsecured Creditors | $330.06 | $0.00 | $330.06 |
| 6 | JEFFERSON CAPITAL SYSTEMS LLC »» 006 | Unsecured Creditors | $984.05 | $0.00 | $984.05 |
| 7 | CITADEL FEDERAL CREDIT UNION »» 007 | Secured Creditors | $810.96 | $279.91 | $531.05 |
| 8 | TD BANK USA NA »» 008 | Unsecured Creditors | $1,479.28 | $0.00 | $1,479.28 |
| 9 | M&T BANK »» 009 | Mortgage Arrears | $225.09 | $77.68 | $147.41 |
| 10 | CITY OF PHILADELPHIA (LD) »» 010 | Secured Creditors | $222.49 | $76.78 | $145.71 |
| 11 | CITY OF PHILADELPHIA (LD) »» 11P | Priority Crediors | $673.48 | $673.48 | $0.00 |
| 12 | CITY OF PHILADELPHIA (LD) »» 11U | Unsecured Creditors | $283.79 | $0.00 | $283.79 |
| 0 | ERIK B JENSEN ESQ | Attorney Fees | $4,000.00 | $4,000.00 | $0.00 |

**Chapter 13 Case No. 19-17965-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $10,651.00 | Current Monthly Payment: | $454.00 |
| Paid to Claims: | $9,724.19 | Arrearages: | $0.00 |
| Paid to Trustee: | $926.81 | Total Plan Base: | $27,017.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.